```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 03901
   DEBORAH T WILSON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9931

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 02/07/2005 and was confirmed 05/02/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  25.00%.

      The case was dismissed after confirmation 06/09/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
HOMEQ SERVICING            CURRENT MORTG        .00            .00             .00
DEER PARK STORM WATER DT   NOTICE ONLY    NOT FILED            .00             .00
WELLS FARGO MORTGAGE       CURRENT MORTG        .00            .00             .00
HOMEQ SERVICING            MORTGAGE ARRE   14895.00            .00         9642.89
WELLS FARGO MORTGAGE       MORTGAGE ARRE   50535.43            .00        32716.19
AT & T WIRELESS            UNSECURED      NOT FILED            .00             .00
RISK MGMT ALT              UNSECURED      NOT FILED            .00             .00
CHRIS H SARLAS             UNSECURED         575.00            .00             .00
LAGRANGE HOSPITAL          UNSECURED      NOT FILED            .00             .00
MCI                        UNSECURED      NOT FILED            .00             .00
DEER PARK STORM WATER DT   SECURED          1817.55            .00         1176.66
ILLINOIS DEPT OF REVENUE   PRIORITY             .00            .00             .00
ILLINOIS DEPT OF REVENUE   UNSECURED            .00            .00             .00
FIRSTAR BANK               NOTICE ONLY          .00            .00             .00
WASHINGTON MUTUAL          NOTICE ONLY    NOT FILED            .00             .00
DEER PARK STORM WATER DT   COST OF COLLE        .00            .00             .00
ERNESTO D BORGES JR        DEBTOR ATTY     2,099.00                       2,099.00
TOM VAUGHN                 TRUSTEE                                        2,773.26
DEBTOR REFUND              REFUND                                              .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              48,408.00

PRIORITY                                        .00
SECURED                                   43,535.74
UNSECURED                                       .00
ADMINISTRATIVE                             2,099.00
TRUSTEE COMPENSATION                       2,773.26
DEBTOR REFUND                                   .00

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 03901 DEBORAH T WILSON
```

```
                                  ---------------     ---------------
TOTALS                                  48,408.00           48,408.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 09/24/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```